COR Brokerage, Inc., Respondent, v New Hartford Shopping Center Trust, Appellant.

Submitted December 20, 2010; decided February 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Joyce Henderson, Respondent, v Manhattan and Bronx Surface Transit Operating Authority et al., Appellants, et al., Defendants.

Submitted January 3, 2011; decided February 10, 2011

Motion to vacate this Court's December 16, 2010 dismissal order granted [see 15 NY3d 951 (2010)].

In the Matter of Roman Kevilly, Appellant, v Susan Connell, Superintendent, Oneida Correctional Facility, Respondent.

Submitted December 27, 2010; decided February 10, 2011

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).